

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00276-CV

**IN RE DESCON CONSTRUCTION, L.P.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

Delivered and Filed: May 13, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 4, 2015, relator Descon Construction, L.P. filed a petition for writ of mandamus and a motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-14-46, styled *Rio Grande City Consolidated Independent School District v. Descon Construction, L.P., et al.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding.